FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT UNDER THE
CIVIL RIGHTS ACT, 42 U.S.C. § 1983, WITH JURISDICTION
UNDER 28 U.S.C. § 1343

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

Isaiah Q.N. Butler )
[Enter above the full name of )
the plaintiff in this action] )
 )
v. ) Docket no.
 )
Kennebec County, et al )
 )
 )
 )
[Enter above the full name of )
the defendant(s) in this action] )

I. Previous Lawsuits

    A.    Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? Yes [ ]    No [ ✓ ]

    B.    If your answer to "A" is yes, describe the lawsuit in the space below. [If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline]

        1. Parties to this previous lawsuit

            Plaintiff(s) _____

            Defendant(s) _____

        2. Court [If federal court, name the district; if state court, name the county] _____

        3. Docket number _____

        4. Name of judge whom case was assigned _____

5. Outcome [for example: It is still pending? Was it dismissed? Was it appealed] _____

6. Approximate date of filing lawsuit _____

7. Approximate date of outcome _____

II. Place of present confinement _____

A. Is there a prisoner grievance procedure in this institution?
Yes [ ✓ ]   No [ ]

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?   Yes [ ]   No [ ✓ ]

C. If your answer is "Yes"

1. What steps did you take? _____
_____
_____

2. What was the result? _____
_____
_____

III. Parties

[In item "A" below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.]

A. Name of Plaintiff _Isaiah Q. N. Butler_

Address _101 Glenridge Drive Apt #6 Augusta_

[In item "B" below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item "C" for the names, positions, and places of employment of any additional defendants.]

B. Name of Defendant _Multiple Departments_

Position _All Positions Cops, C.O's, Judges, P.O_
(Court)(Jail)  (PD/P.O)  (P.D)
Address _Kennebec, Augusta, Gardiner, Maine_
Augusta
C. Additional Defendant(s) _Marshall McCamish (1 Weston court)_

ofc Micheal Caputo (6 Church Street) Gardiner ofc's Troy Worster, Augusta Colin Kinney, Desmond Nutter (7 Willow Street) Augusta Connor Herrold (191 Water St), Maeghan Maloney (45 State St) Shannon Flaherty (95 State St)

IV.  **Statement of Claim**

[State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.]

My case is not normal for one felony. I was drugged, robbed, charged, assualted, imprisoned, denied fair legal counsel, denied physical court appearance over seven times, intimidated by administrators, and now am facing a sentence after being repeadedly violated by over 5 different departments.

V.  **Relief**

[State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.]

I would like 5 Million for my pain and suffering. 1 million from each department.

Isaiah Boyer
Signature of Plaintiff

Signed this 14th day of May, 2025

I declare under penalty of perjury that the foregoing is true and correct.

5/14/2025
Date

Isaiah Boyer
Signature of Plaintiff