UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| ISAIAH QN BUTLER, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | 1:25-cv-274-LEW |
| | ) | |
| KENNEBEC COUNTY et al., | ) | |
| | ) | |
| Defendants | ) | |

**ORDER AFFIRMING RECOMMENDED DECISION AND IMPOSING COK**
**FILING WARNING**

On July 1, 2025, and September 4, 2025, the United States Magistrate Judge John C. Nivison filed with the court, with copies to plaintiff, his Recommended Decision (ECF No. 6) and Supplemental Recommended Decision (ECF No. 17) on Plaintiff's challenges to aspects of his state court criminal proceeding. The plaintiff filed an Amended Complaint on July 18, 2025 (ECF No. 12) and an objection to the Recommended Decision on September 12, 2025 (ECF No. 19). I have reviewed and considered the Recommended Decision and the Supplemental Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in the Recommended Decisions and determine that no further proceeding is necessary.

Plaintiff, proceeding pro se, has filed six separate cases since April 30, 2025. *See Butler v. Bryant, et al.*, No. 1:25-cv-213-LEW; *Butler v. Simmons, et al.*, No. 1:25-cv-233-LEW; *Butler v. McCamish, et al.*, No. 1:25-cv-239-LEW; *Butler v. Gagnon, et al.*, No.

1:25-cv-245-LEW; *Butler v. Kennebec County, et al.*, No. 1:25-cv-274-LEW; *Butler v. Goodchild, et al.*, No. 1:25-cv-346-JAW.  Per *Cok v. Family Court of Rhode Island*, 985 F.2d 32 (1st Cir. 1993), the Court expressly warns Mr. Butler that if his filings are determined to be groundless and/or frivolous, his future filings may result in filing restrictions.

It is therefore **ORDERED** that the Recommended Decision (ECF No. 6) and the Supplemental Recommended Decision (ECF No. 17) of the Magistrate Judge are hereby **ADOPTED**.  Plaintiff is issued a *Cok* Warning.  The case is dismissed.

SO **ORDERED.**

Dated this 22nd day of September, 2025.

/s/ Lance E. Walker
CHIEF U.S. DISTRICT JUDGE

2